IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| **ELOY ORTIZ OAKLEY, in his official capacity as Chancellor of California Community Colleges et al,**<br><br>Plaintiffs,<br><br>v.<br><br>**BETSY DEVOS, in her official capacity as the United States Secretary of Education; U.S. DEPARTMENT OF EDUCATION,**<br><br>Defendants. | Case No. 20-cv-03215-YGR<br><br>**[PROPOSED] ORDER GRANTING PLAINTIFFS' UNOPPOSED MOTION TO SHORTEN TIME FOR BRIEFING SCHEDULE AND TO HEAR PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION**<br><br>Judge:        Honorable Yvonne Gonzalez Rogers<br>Trial Date:   None Set<br>Action Filed: May 11, 2020<br><br>* As modified by the Court * |

1    On May 13, 2020, Plaintiffs filed an Unopposed Motion to Shorten Time (Motion) for

2 Briefing and Hearing Plaintiffs' Motion for Preliminary Injunction (PI Motion) whereby

3 Defendants' opposition brief to Plaintiffs' PI Motion is due on May 25, 2020, Plaintiffs' reply

4 brief is due on June 1, 2020, and Plaintiffs' PI Motion will be heard on Tuesday, June 9, 2020 at

5 2:00 pm.

6    The Court has considered the Motion and documents filed therewith, and all of the papers

7 on file in this action, and hereby GRANTS Plaintiffs' Motion.

8    **IT IS HEREBY ORDERED THAT:**

9    Defendant's opposition brief to Plaintiffs' PI Motion is due on May 25, 2020.

10   Plaintiffs' reply brief is due on June 1, 2020.

11   Hearing to consider Plaintiffs' PI Motion shall be held at 2:00 p.m., on Tuesday, June 9,

12 2020.  In light of the uncertainties with the ongoing coronavirus disease (COVID-19) pandemic,

13 the parties are instructed to check the Court's scheduling notes to determine whether the hearing

14 will be held in person or by some alternate platform.  If the Court decides the matter can be

15 resolved without a hearing, a notice will be posted 1-2 business days in advance of the hearing

16 date.

18 Dated: May 15, 2020                                                _____
                                                                    The Honorable Yvonne Gonzalez Rogers