JOSEPH H. HUNT
Assistant Attorney General
MARCIA BERMAN
Assistant Director, Federal Programs Branch
KATHRYN L. WYER (Utah Bar No. 9846)
M. ANDREW ZEE (California Bar No. 272510)
U.S. Department of Justice, Civil Division
1100 L Street, N.W., Room 12014
Tel. (202) 616-8475
kathryn.wyer@usdoj.gov
*Attorneys for Defendants*

**UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF CALIFORNIA**
**OAKLAND DIVISION**

| | |
|---|---|
| ELOY ORTIZ OAKLEY, et al., <br><br> Plaintiffs, <br><br> v. <br><br> BETSY DEVOS, et al., <br><br> Defendants. | Case No. 4:20-cv-3215-YGR <br><br> **DEFENDANTS' NOTICE OF FEDERAL REGISTER NOTICE** |

Defendants submit this notice to inform the Court that, on June 9, 2020, Defendant U.S. Department of Education (the "Department") issued the attached publication in the Federal Register relating to certain processes under the Paperwork Reduction Act. This Federal Register Notice also states that an Interim Final Rule ("IFR") is "scheduled to be published in the Federal Register on or about June 9, 2020," addressing the Eligibility of Students at Institutions of Higher Education for Funds under the CARES Act. *See* U.S. Dep't of Educ., Notice, 85 Fed. Reg. 35,294 (June 9, 2020) (attached hereto). Although the Federal Register Notice refers to an "Interim Final Rule scheduled to be published in the Federal Register on or about June 9, 2020," the Department's IFR has not yet been finalized. The Department does intend to publish an IFR on this subject, but does not expect it to be ready for publication before June 15, 2020, at the earliest.

| | |
|---|---|
| DATED: June 9, 2020 | Respectfully submitted,<br><br>JOSEPH H. HUNT<br>Assistant Attorney General<br><br>MARCIA BERMAN<br>Assistant Director, Federal Programs Branch<br><br><u>/s/ Kathryn L. Wyer</u><br>KATHRYN L. WYER (Utah Bar No. 9846)<br>M. ANDREW ZEE (California Bar No. 272510)<br>U.S. Department of Justice, Civil Division<br>1100 L Street, N.W., Room 12014<br>Tel. (202) 616-8475<br>kathryn.wyer@usdoj.gov<br><br>*Attorneys for Defendants* |