Xavier Becerra
Attorney General of California
Cheryl Feiner
Michael Newman
Senior Assistant Attorneys General
Christine Chuang
Supervising Deputy Attorney General
Julia Harumi Mass
Jasleen Singh
Shubhra Shivpuri
Joshua Sondheimer
Lee I. Sherman (SBN 272271)
Deputy Attorneys General
300 S. Spring St., Suite 1702
Los Angeles, CA 90013
Telephone: (213) 269-6404
Fax: (213) 897-7605
E-mail: Lee.Sherman@doj.ca.gov
*Attorneys for Plaintiffs Eloy Ortiz Oakley and Board of Governors of the California Community Colleges*

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| **ELOY ORTIZ OAKLEY, in his official capacity as Chancellor of California Community Colleges et al.,**<br><br>Plaintiffs,<br><br>v.<br><br>**BETSY DEVOS, in her official capacity as the United States Secretary of Education; U.S. DEPARTMENT OF EDUCATION,**<br><br>Defendants. | Case No. 20-cv-03215-YGR<br><br>**PLAINTIFFS' RESPONSE TO DEFENDANTS' NOTICE OF FEDERAL REGISTER NOTICE** |

To provide the Court with the complete record, Plaintiffs are submitting all of the documents that were included as supporting and related material in the rulemaking docket for the Federal Register Notice Defendants filed with the Court this morning, ECF No. 35, which counsel

1

for Plaintiffs downloaded at 10:31 a.m. from https://beta.regulations.gov/docket/ED-2020-SCC-0088/document.  Within those documents, the DoE states:

> While the CARES Act does not provide a definition of the term "student," we have concluded that Congress intended the term "student" in the context of "grants to students" in section 18004 of the CARES Act to be limited to those individuals who are or could be eligible for title IV assistance.  By applying this definition, IHEs will be required to establish or modify processes to ensure student eligibility for the funds allotted to them under the CARES Act.  Additionally, there will be burden to students who wish to apply for the funds being made available, if the [sic] have not already established title IV eligibility.

Attachment 1.  For the Court's convenience, Plaintiffs have highlighted certain portions of the attached rulemaking arguments that bear on the motion set for hearing at 2:00 pm this afternoon.

Dated:  June 9, 2020

Respectfully Submitted,

XAVIER BECERRA
Attorney General of California
CHERYL FEINER
MICHAEL NEWMAN
Senior Assistant Attorneys General
CHRISTINE CHUANG
Supervising Deputy Attorney General
JULIA HARUMI MASS
JASLEEN SINGH
SHUBHRA SHIVPURI
JOSHUA SONDHEIMER

*/s/ Lee I. Sherman*

LEE I. SHERMAN
Deputy Attorneys General
*Attorneys for Plaintiffs Eloy Ortiz Oakley and Board of Governors of the California Community Colleges*

2

Pls.' Response to Defs.' Notice of Federal Register Notice (20-cv-03215-YGR)