# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

## CIVIL MINUTES

| **Date:** June 9, 2020 | **Time:** 2:01 p.m. – 3:34 p.m. | **Judge:** YVONNE GONZALEZ ROGERS |
|---|---|---|
| **Case No.:** 20-cv-03215-YGR | **Case Name:** Oakley, et al v. DeVos, et al | |

**Attorney for Plaintiff:** Lee Sherman for Oakley and California Community Colleges Board of Governors
John Shupe for Foothill-De Anza Community College District
**Attorney for Defendant:** Michael Andrew Zee

**Deputy Clerk:** Kelly Collins         **Court Reporter:** Pamela Batalo Hebel

## PROCEEDINGS

**PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION** [Dkt. No. 16] – **HELD via Zoom Webinar SUBMITTED.**

Notes: Defendant's counsel shall lodge on the docket interim or final rules/regulations from the Department of Treasury and Small Business Administration referenced on the record by noon on 6/10/20.