# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **ELOY ORTIZ OAKLEY, ET AL.,**<br><br>Plaintiffs,<br><br>vs.<br><br>**BETSY DEVOS, ET AL.,**<br><br>Defendants. | CASE NO. 20-cv-03215-YGR<br><br>**ORDER DIRECTING PLAINTIFFS' RESPONSE TO DEFENDANTS' NOTICE OF FORTHCOMING INTERIM FINAL RULE PUBLICATION (DKT. NO. 39)** |

The Court is in receipt of defendants' Notice of Forthcoming Interim Final Rule (IFR) Publication, and the unofficial copy of the IFR referenced therein. (Dkt. No. 39.)

Having made a preliminary review of the forthcoming IFR, the Court **DIRECTS** plaintiffs to file a statement addressing what impact, if any, the forthcoming IFR publication has on the pending preliminary injunction motion procedurally, substantively, and with respect to timing. If plaintiffs believe that further briefing is required, they shall identify the topics to be addressed and submit a proposed briefing schedule. Plaintiffs shall file their statement no later than **Monday, June 15, 2020** at **9:00 a.m.**

**IT IS SO ORDERED.**

Dated: June 12, 2020

_____
**YVONNE GONZALEZ ROGERS**
**UNITED STATES DISTRICT COURT JUDGE**