ETHAN P. DAVIS
Acting Assistant Attorney General
MARCIA BERMAN
Assistant Director, Federal Programs Branch
KATHRYN L. WYER (Utah Bar No. 9846)
M. ANDREW ZEE (California Bar No. 272510)
U.S. Department of Justice, Civil Division
1100 L Street, N.W., Room 12014
Tel. (202) 616-8475
kathryn.wyer@usdoj.gov
*Attorneys for Defendants*

# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF CALIFORNIA
## OAKLAND DIVISION

| | |
|---|---|
| ELOY ORTIZ OAKLEY, *et al*., <br><br> Plaintiffs, <br><br> v. <br><br> BETSY DEVOS, *et al.,* <br><br> Defendants. | Case No. 4:20-cv-3215-YGR <br> ORDER GRANTING <br> **STIPULATION TO EXTEND DEADLINE TO RESPOND TO COMPLAINT AND SUBMIT STIPULATED CASE MANAGEMENT SCHEDULE; [PROPOSED] ORDER** |

STIPULATION TO EXTEND RESPONSE DEADLINE AND SUBMIT STIPULATED CASE MANAGEMENT SCHEDULE
Case No. 4:20-cv-3215-YGR

The Parties submit this stipulation and proposed order in advance of the deadline for Defendants' responsive pleading in order to (1) extend the deadline for Defendants' responsive pleading; (2) inform the Court of the Parties' intentions to negotiate a case management schedule that may obviate the need for a case management conference; and (3) seek exemption from alternative dispute resolution ("ADR") requirements.  The Parties' stipulation and proposed order is based on the following:

1.     On May 11, 2020, Plaintiffs filed a Complaint for Declaratory, Injunctive, and Mandamus Relief in this Court based on Defendants' alleged imposition of student eligibility requirements for Higher Education Emergency Relief Fund disbursements under the CARES Act and based on agency actions taken on or around April 21, 2020.  ECF No. 1.

2.     On May 13, 2020, Plaintiffs filed a Motion for Preliminary Injunction ("PI Motion").  ECF No. 16.

3.     On May 13, 2020, the Court entered an Order Setting Initial Case Management Conference and ADR Deadlines.  ECF No. 8.  Pursuant to that Order, an Initial Case Management Conference ("CMC") has been scheduled for August 10, 2020, with related ADR Deadlines set for July 20, 2020 and a Rule 26(f) report and Case Management Statement due on August 3, 2020.

4.     On May 15, 2020, Plaintiffs effectuated service of process on the U.S. Attorney for the Northern District of California.  ECF No. 33.  Accordingly, Defendants' current deadline to respond to the Complaint is July 14, 2020.  *See* Fed. R. Civ. P. 12(a)(2).

5.     On June 11, 2020, Defendants notified the Court of the forthcoming publication of an Interim Final Rule ("IFR") addressing the student eligibility requirements challenged in Plaintiffs' complaint and PI Motion.  ECF No. 39.  The Department of Education officially

STIPULATION TO EXTEND RESPONSE DEADLINE AND SUBMIT STIPULATED CASE MANAGEMENT SCHEDULE
Case No. 4:20-cv-3215-YGR

1   published this IFR on June 16, 2020, setting the deadline for public comments on the IFR as

2   July 17, 2020.  IFR, 85 Fed. Reg. 36494 (June 17, 2020).

3       6.      On June 17, 2020, the Court entered an Order Granting Plaintiffs' Motion for

4   Preliminary Injunction.  ECF No. 44.

5

6       7.      Plaintiffs anticipate that they may seek to amend their complaint in this case, but

7   Plaintiffs will be unable to make this determination until after they are able to review the

8   administrative record that Defendants plan to produce.

9       8.      The parties agree that, in the interest of judicial economy and litigation efficiency,

10  the date of the filing of Defendants' responsive pleading should be postponed until after

11  Plaintiffs determine whether they will amend their complaint.

12

13      9.      The parties have begun conferring regarding further proceedings in this case and

14  anticipate reaching agreement on a schedule under which Defendants will file an administrative

15  record, Plaintiffs may file an amended complaint, and the parties will set forth a schedule by

16  which the case may be resolved on cross motions for summary judgment.

17

18      10.     The Parties have conferred regarding the suitability of this case for the Court's

19  ADR Multi-Option Program, and have agreed that the case is unlikely to be resolved on a

20  voluntary basis, and that that no ADR process is therefore likely to deliver benefits to the Parties

21  sufficient to justify the resources devoted to that process.

22  **THEREFORE, THE PARTIES STIPULATE AS FOLLOWS:**

23

24      1.      Pursuant to Civil Local Rule 6-1(a), Defendants' deadline to answer or otherwise

25  respond to the complaint is postponed.

26      2.      The Parties will meet and confer and endeavor to reach agreement regarding the

27  production of the administrative record and timelines for Plaintiffs' amendment of the complaint

28

STIPULATION TO EXTEND RESPONSE DEADLINE AND SUBMIT STIPULATED CASE MANAGEMENT SCHEDULE
Case No. 4:20-cv-3215-YGR

1   (if any), Defendants' answer or other response to the complaint, and cross motions for summary

2   judgment.

3        3.     The Parties will file either a stipulated proposed case management order or a joint

4   CMC statement on August 3, 2020, setting forth a proposed case management schedule or their

5

6   respective positions regarding case management, including whether there is a need to keep the

7   August 10, 2020 CMC on the calendar.

8        4.     The Parties respectfully request that this case be exempted from the ADR Multi-

9   Option Program consistent with Local Rule 16-8(d)(3).

10

11   DATED:  July 13, 2020                      Respectfully submitted,

12

13   ETHAN P. DAVIS
     Acting Assistant Attorney General

14   MARCIA BERMAN
     Assistant Director, Federal Programs Branch

15

16   /s/ Kathryn L. Wyer
     KATHRYN L. WYER (Utah Bar No. 9846)

17   M. ANDREW ZEE (California Bar No. 272510)
     U.S. Department of Justice, Civil Division

18   1100 L Street, N.W., Room 12014
     Tel. (202) 616-8475

19   kathryn.wyer@usdoj.gov

20

21   *Attorneys for Defendants*

22

23   XAVIER BECERRA
     Attorney General of California
     CHERYL FEINER

24   MICHAEL NEWMAN
     Senior Assistant Attorneys General

25   CHRISTINE CHUANG
     Supervising Deputy Attorney General

26   JULIA HARUMI MASS
     JASLEEN SINGH

27   SHUBHRA SHIVPURI
     JOSHUA SONDHEIMER

28

STIPULATION TO EXTEND RESPONSE DEADLINE AND SUBMIT STIPULATED CASE MANAGEMENT SCHEDULE
Case No. 4:20-cv-3215-YGR

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

*/s/ Lee I. Sherman*

LEE I. SHERMAN
Deputy Attorneys General
*Attorneys for Plaintiffs Eloy Ortiz Oakley
and Board of Governors of the California
Community Colleges*

## ATTESTATION

Pursuant to Local Rule 5-1(i)(3), I attest that I am the ECF user whose user ID and

password are being used in the electronic filing of this document, and further attest that I have

obtained the concurrence in the filing of the document from the other signatory.

STIPULATION TO EXTEND RESPONSE DEADLINE AND SUBMIT STIPULATED CASE MANAGEMENT SCHEDULE
Case No. 4:20-cv-3215-YGR

1

### ~~[PROPOSED]~~ ORDER

2      Upon stipulation of the Parties, and good cause appearing, IT IS ORDERED that:

3      1.      The Parties shall meet and confer regarding deadlines for production of the

4              administrative record, Plaintiffs' amendment of their complaint (if any),

5              Defendants' answer or other response to the complaint, and cross motions for

6              summary judgment.

7

8      2.      On August 3, 2020, the Parties shall file either a stipulated proposed case

9              management order or a joint CMC statement.

10     3.      The Parties' request to be exempted from the ADR Multi-Option Program

11             consistent with Local Rule 16-8(d)(3) is GRANTED.

12

13

14

15

16

Dated: _____July 16_____, 2020

17

18     _____
       YVONNE GONZALEZ ROGERS
19        United States District Court Judge

20

21

22

23

24

25

26

27

28

STIPULATION TO EXTEND RESPONSE DEADLINE AND SUBMIT STIPULATED CASE MANAGEMENT SCHEDULE
Case No. 4:20-cv-3215-YGR