JEFFREY BOSSERT CLARK
Acting Assistant Attorney General
MARCIA BERMAN
Assistant Director, Federal Programs Branch
KATHRYN L. WYER (Utah Bar No. 9846)
M. ANDREW ZEE (California Bar No. 272510)
U.S. Department of Justice
Civil Division, Federal Programs Branch
1100 L Street, NW
Tel. (202) 616-8475
kathryn.wyer@usdoj.gov
*Attorneys for Defendants*

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF CALIFORNIA
# OAKLAND DIVISION

| | |
|---|---|
| ELOY ORTIZ OAKLEY, et. al., <br><br> Plaintiff, <br><br> v. <br><br> BETSY DEVOS, et al., <br><br> Defendants. | Case No. 4:20-cv-3215-YGR <br><br> **ADMINISTRATIVE RECORD INDEX** |

**Administrative Record Index**

Education Provisions of the CARES Act, Pub.L. 116-136...................................ED _ 000001

8 USC §1611................................................................................................ED _ 000071

U.S. Department of Education, "Eligibility of Students at Institutions of Higher Education for Funds Under the Coronavirus Aid, Relief, and Economic Security (CARES) Act, 85 *Fed. Reg.* 36493-36504 (June 17, 2020 ..................................................................ED _ 000074

U.S. Department of Education CARES Act:  Higher Education Emergency Relief Fund Website as of August 2, 2020 ...............................................................................ED _ 000090

Letter from Secretary of Education Betsy DeVos to College and University Presidents, dated April 9, 2020 ..........................................................................................ED _ 000099

Methodology for Calculating Allocations per Section 18004(a)(1) of the CARES Act .........................................................................................................ED _ 000101

Recipient's Funding Certification and Agreement. Emergency Financial Aid Grants to Students under the Coronavirus Aid, Relief, and Economic Security (CARES) Act...........................................................................................................ED _ 000103

Higher Education Emergency Relief Fund Frequently Asked Questions about the Emergency Financial Aid Grants to Students under Section 18004 of the Coronavirus Aid, Relief, and Economic Security (CARES) Act ……………………………………………… ED _ 000106

U.S. Department of Education, Office of Postsecondary Education, "UPDATED Guidance for interruptions of study related to Coronavirus (COVID-19).............................ED _ 000111

U.S. Department of Education, Press Office, "Secretary DeVos Rapidly Delivers More Than $6 Billion in Emergency Cash Grants for College Students Impacted by Coronavirus Outbreak, dated April 9, 2020 ...................................................................................ED _ 000125

U.S. Department of Education Dear Colleague Letter GEN-15-08, "Citizenship and Immigration Status Documentation", dated April 30, 2015 ................................................ED _ 000127

U. S. Department of Education, Student Financial Aid Handbook, Chapter 2, "U.S. Citizenship & Eligible Noncitizens..................................................................................ED _ 000132

National Center for Education Statistics, Table 311.15, "Number and percentage of students enrolled in degree-granting postsecondary institutions, by distance education participation, location of student, level of enrollment, and control and level of institution: Fall 2017 and fall 2018"..................................................................................................................ED _ 000160

ICES, IPEDS Data Explorer, 2017-2018, "Twelve-Month full-time equivalent enrollment at Title IV institutions by student level and institution sector ....................................ED _ 000162

U.S. Bureau of Labor Statistics, Occupational Employment and Wages, May 2019, "Sales and Related Workers, All Others"......................................................................ED _ 000164

U.S. Bureau of Labor Statistics, Occupational Outlook Handbook, Management, Postsecondary Education Administrators ................................................................................ED _ 000173

Owen, Laura and Westlund, Erik (2016) "Increasing College Opportunity: School Counselors and FAFSA Completion," *Journal of College Access*: Vol. 2: Iss. 1, Article 3. ..........................................................................................................................ED _ 000175

*Chevon USA, Inc. v. Natural Resources Defense Council, Inc.* 467 US 837 (1984). ………………………………………………………………………..ED _ 000198

*Food and Drug Admin. V. Brown & Williamson Tobacco Corp.* 529 US 120 (2000) ..........................................................................................................................ED _ 000213

*Griffin v. Oceanic Contractors, Inc.*, 458 US 564 (1982) ....................................ED _ 000246

*Hall v. US*, 566 US 506 (2012)..............................................................................ED _ 000259

*Powerex Corp. v. Reliant Energy Services, Inc.*, 551 US 224 (2007) ...................ED _ 000276

*United Savings Assoc. of Texas v. Timbers of Inwood Forest Assocs., Ltd.,* 484 US 365 (1988) ..........................................................................................................................ED _ 000288

Mike Baker, *Feds Suspect Vast Fraud Network Is Targeting U.S. Unemployment Systems*, New York Times, www.nytimes.com/2020/05/16/us/coronavirus-unemployment-fraud-secret-service-washington.html ..........................................................................ED _ 000297

Administrative Record Index
4:20-cv-3215-YGR