XAVIER BECERRA
Attorney General of California
CHERYL FEINER
MICHAEL NEWMAN
Senior Assistant Attorneys General
CHRISTINE CHUANG
Supervising Deputy Attorney General
JULIA HARUMI MASS
LEE I. SHERMAN
SHUBHRA SHIVPURI
JOSHUA SONDHEIMER
JASLEEN K. SINGH (SBN 316596)
Deputy Attorneys General
300 S. Spring St., Suite 1702
Los Angeles, CA 90013
Telephone: (213) 269-6622
Fax: (213) 897-7605
E-mail: Jasleen.Singh.@doj.ca.gov
*Attorneys for Plaintiffs Eloy Ortiz Oakley and Board of Governors of the California Community Colleges*

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| **ELOY ORTIZ OAKLEY, in his official capacity as Chancellor of California Community Colleges et al.,**<br><br>Plaintiffs,<br><br>v.<br><br>**BETSY DEVOS, in her official capacity as the United States Secretary of Education; U.S. DEPARTMENT OF EDUCATION,**<br><br>Defendants. | Case No. 20-cv-03215-YGR<br><br>**JOINT CLARIFICATION IN RESPONSE TO COURT'S ORDER OF DECEMBER 15, 2020**<br><br>Judge: Honorable Yvonne Gonzalez Rogers<br>Trial Date: None Set<br>Action Filed: May 11, 2020 |

In response to the Court's Order of December 15, 2020 [ECF 57], the Parties respectfully submit this joint clarification in regard to the joint proposed briefing schedule and proposed order filed on December 14, 2020 [ECF 56].

The Parties agree that Plaintiffs' Amended Complaint, filed as a matter of course pursuant to Fed. R. Civ. P. 15(a)(1)(B) on November 6, 2020 [ECF 55], is currently the operative complaint in this case. The Court may address the parties' cross-motions for summary judgment before the defendant files an answer. *See Gifford v. Travelers Ass'n of America*, 153 F.2d 209, 210 (9th Cir. 1943); *see also Marquez v. Cable One, Inc.*, 463 F.3d 1118, 1120 (10th Cir. 2006) (holding that federal rules permit consideration of summary judgment before an answer). An answer is also unlikely to play any role in the issues before the Court in this case because the constitutional and Administrative Procedure Act claims raised in the Amended Complaint can be resolved on undisputed facts available through the administrative record or judicial notice, and without discovery.[1]

Here, the Parties contemplate that in the interest of judicial economy, Defendants will merge any arguments that they would have asserted in a motion to dismiss in response to the Amended Complaint into their initial motion for summary judgment. By so doing, the Parties may avoid the briefing and resolution of a motion to dismiss the Amended Complaint, and, should that motion be denied, undergoing another round of briefing on the parties' cross-motions for summary judgment.

Given the posture of the case and lack of factual dispute, the Parties propose a schedule for cross-motions for summary judgment that would be based on the Amended Complaint as the operative complaint, and further propose that Defendants' obligation to file an answer be stayed pending the Court's resolution of the Parties' cross-motions for summary judgment.

The Parties thus respectfully request that the Court enter an order for the following

---

[1] Plaintiffs reserve the right to submit material outside the administrative record in support of their cross-motion for summary judgment in accordance with applicable law. *See, e.g., Lands Council v. Powell*, 395 F.3d 1019, 1030 (9th Cir. 2005) (describing exceptions to general rule that review of agency action is limited to administrative record). Defendants, in turn, reserve the right to contest Plaintiffs' submission of extra-record material. The Parties nevertheless agree that an answer is not likely to play a role in the Court's resolution of any such dispute.

proposed briefing schedule on the merits, and stay Defendants' December 21 deadline to respond to Plaintiffs' Amended Complaint pending resolution of the Parties' dispositive motions:

- **January 19, 2021**: Defendants' motion for summary judgment, not to exceed 40 pages.
- **February 26, 2021**: Plaintiffs' combined opposition to Defendants' motion for summary judgment and cross-motion for summary judgment, not to exceed 45 pages.
- **March 19, 2021**: Defendants' combined opposition to Plaintiffs' cross-motion for summary judgment and reply to Plaintiffs' opposition to Defendants' motion for summary judgment, not to exceed 35 pages.
- **April 2, 2021**: Plaintiffs' reply to Defendants' opposition to Plaintiffs' cross-motion for summary judgment, not to exceed 30 pages.
- In accordance with Local Rule 7-2(a), the Parties request an oral hearing on April 20, 2020, or at the Court's convenience.
- If the issues in this case remain pending after the Court's decision on the cross-motions for summary judgment, the Parties agree to meet and confer within 14 days of the Court's ruling on the motions to discuss a schedule for further proceedings.

Should the Court reject the Parties' request to stay Defendants' deadline to respond to Plaintiffs' Amended Complaint and instead require Defendants to file an answer prior to cross-motions for summary judgment, the Parties propose that the answer be due on January 10, 2021, prior to the commencement of the briefing schedule set forth above.

Dated:  December 16, 2020              Respectfully submitted,

XAVIER BECERRA
Attorney General of California
CHERYL FEINER
MICHAEL NEWMAN
Senior Assistant Attorneys General
CHRISTINE CHUANG
Supervising Deputy Attorney General
JULIA HARUMI MASS
LEE I. SHERMAN
SHUBHRA SHIVPURI
JOSHUA SONDHEIMER

*/s/ Jasleen K. Singh*

JASLEEN K. SINGH
Deputy Attorneys General
*Attorneys for Plaintiffs Eloy Ortiz Oakley and Board of Governors of the California Community Colleges*

JEFFREY BOSSERT CLARK
Acting Assistant Attorneys General
MARCIA BERMAN
Assistant Director, Federal Programs Branch

*/s/ Kathryn L. Wyer*

KATHRYN L. WYER (Utah Bar No. 9846)
M. ANDREW ZEE (California Bar No. 272510)
U.S. Department of Justice, Civil Division
1100 L. Street, N.W., Room 12014
Tel. (202) 616-8475
kathryn.wyer@usdoj.gov
*Attorneys for Defendants*

**ATTESTATION OF SIGNATURES**

I, Jasleen K. Singh, hereby attest, pursuant to Local Civil Rule 5-1(i)(3) of the Northern District of California that concurrence in the filing of this document has been obtained from each signatory hereto.

*/s/ Jasleen K. Singh*

JASLEEN K. SINGH
Deputy Attorney General
*Attorney for Plaintiffs Eloy Ortiz Oakley and Board of Governors of the California Community Colleges*