**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| **ELOY ORTIZ OAKLEY, IN HIS OFFICIAL CAPACITY AS CHANCELLOR OF CALIFORNIA COMMUNITY COLLEGES, ET AL.,**<br><br>   Plaintiffs,<br><br>   vs.<br><br>**PHIL ROSENFELT, IN HIS OFFICIAL CAPACITY AS THE UNITED STATES ACTING SECRETARY OF EDUCATION; U.S. DEPARTMENT OF EDUCATION,**<br><br>   Defendants. | Case No.: 20-CV-3215-YGR<br><br>**ORDER GRANTING STIPULATION AND SETTING COMPLIANCE DEADLINE**<br><br>Re: Dkt. No. 63 |

On January 29, 2021, the parties filed a Stipulated Request to Hold Proceedings in Abeyance. (Dkt. No. 63.)  Upon this submission and stipulation of the parties, and good cause appearing, **IT IS HEREBY ORDERED** that proceedings in this action are held in abeyance; all pending deadlines are **STAYED**; and the hearing currently set for May 25, 2021, is **CONTINUED** pending further order of the Court.  The Court hereby **SETS** a compliance deadline for **9:01 a.m.** on **Friday, April 16, 2021**. **Five (5) business days** prior to said date, the parties shall file a joint status report regarding the current status of the Department's consideration; whether the parties wish to proceed with briefing cross-motions for summary judgment; and, if applicable, proposing a revised briefing schedule.

   **IT IS SO ORDERED.**

Date: February 8, 2021

_____
**YVONNE GONZALEZ ROGERS**
**UNITED STATES DISTRICT COURT JUDGE**