BRIAN M. BOYNTON
Acting Assistant Attorney General
MARCIA BERMAN
Assistant Director, Federal Programs Branch
KATHRYN L. WYER (Utah Bar No. 9846)
M. ANDREW ZEE (California Bar No. 272510)
U.S. Department of Justice, Civil Division
1100 L Street, N.W., Room 12014
Tel. (202) 616-8475
kathryn.wyer@usdoj.gov
*Attorneys for Defendants*

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
OAKLAND DIVISION

| | |
|---|---|
| **ELOY ORTIZ OAKLEY, in his official capacity as Chancellor of California Community Colleges et al.,**<br><br>Plaintiffs,<br><br>v.<br><br>**MIGUEL CARDONA, in his official capacity as the United States Secretary of Education[1]; U.S. DEPARTMENT OF EDUCATION,**<br><br>Defendants. | Case No. 4:20-cv-3215-YGR<br><br>**ORDER GRANTING STIPULATED REQUEST TO CONTINUE HOLDING PROCEEDINGS IN ABEYANCE**<br><br>Judge:  Honorable Yvonne Gonzalez Rogers<br>Trial Date:  None Set<br>Action Filed: May 11, 2020<br>Hearing date: [in abeyance] |

The parties respectfully submit this joint status report pursuant to the Court's Order of February 8, 2021, and further stipulate, and respectfully request, that the Court continue to hold proceedings in this action in abeyance. The parties have conferred and report as follows:

Following the change in Department leadership on January 20, 2021, the Department continues to work towards publishing a final rule or taking other action to address the issues raised in comments submitted regarding the IFR at issue in this case. In light of the Department's continuing consideration, counsel for Defendants conferred with counsel for Plaintiffs, and the

---

[1] Pursuant to Fed. R. Civ. P. 25(d), Miguel Cardona is automatically substituted as a defendant in this action.

Case No. 4:20-cv-3215-YGR
Joint Status Report and Stipulated Request to Continue Holding Proceedings in Abeyance
1

Parties have agreed and jointly request that proceedings in this case be held in abeyance for an additional sixty days.[2] The Parties further agree and propose that, at the end of this sixty-day period, the Parties will file a joint status report apprising the Court of the status of the Department's consideration and whether the Parties wish to proceed with briefing cross-motions for summary judgment, including, if applicable, a revised briefing schedule.

The Parties thus respectfully request that the Court continue to hold proceedings in this action in abeyance and order the parties to file a joint status report no later than sixty days from the date of the Court's order, apprising the Court of the status of the Department's consideration and whether the Parties wish to proceed with briefing cross-motions for summary judgment, including, if applicable, a revised briefing schedule.

Dated: April 9, 2021   Respectfully submitted,

BRIAN M. BOYNTON
Acting Assistant Attorney General

MARCIA BERMAN
Assistant Director, Federal Programs Branch

*/s/ Kathryn L. Wyer*
KATHRYN L. WYER (Utah Bar No. 9846)
M. ANDREW ZEE (California Bar No. 272510)
United States Department of Justice
Civil Division, Federal Programs Branch
1100 L Street, N.W., Room 12014
Washington, DC  20005
Tel: (202) 616-8475
Email: kathryn.wyer@usdoj.gov
*Attorneys for Defendants*

Dated: April 9, 2021   MATTHEW RODRIQUEZ
Acting Attorney General of California
CHERYL FEINER

---

[2] Three other pending cases, one in the Eastern District of Washington, and two in the District of Massachusetts, also challenging the IFR, have also been held in abeyance. *See Washington v. Cardona*, No. 2:20-cv-182 (E.D. Wash.); *Noerand v. Cardona*, No. 1:20-cv-11271 (D. Mass.); *Massachusetts v. Cardona*, No. 1:20-cv-11600 (D. Mass.).

MICHAEL NEWMAN
Senior Assistant Attorneys General
CHRISTINE CHUANG
Supervising Deputy Attorney General
JULIA HARUMI MASS
LEE I. SHERMAN
SHUBHRA SHIVPURI
JOSHUA SONDHEIMER

*/s/*
JASLEEN K. SINGH
Deputy Attorneys General
*Attorneys for Plaintiffs Eloy Ortiz Oakley and Board of Governors of the California Community Colleges*

**ATTORNEY ATTESTATION**

Pursuant to Civil Local Rule 5-1(i)(3), I, Kathryn Wyer, hereby attest that concurrence in the filing of this document has been obtained from any signatories indicated by a "conformed" signature (/s/) within this e-filed document. I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.


Dated:  April 9, 2021                           /s/Kathryn Wyer
                                                Kathryn Wyer

## ~~[PROPOSED]~~ ORDER APPROVING STIPULATION

On April 9, 2021, the Parties filed a Joint Status Report and Stipulated Request to Continue Holding Proceedings in Abeyance. Upon this submission and stipulation of the Parties, and good cause appearing, IT IS HEREBY ORDERED THAT proceedings in this action continue to be held in abeyance. The Parties shall file a Joint Status Report no later than **June 11, 2021**, apprising the Court of the current status of the Department's consideration; whether the Parties wish to proceed with briefing cross-motions for summary judgment; and, if applicable, proposing a revised briefing schedule.

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: April 12, 2021

_____
The Honorable Yvonne Gonzalez Rogers
United States District Judge