UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**

MAY 20 2021

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| ELOY ORTIZ OAKLEY, ,in his official capacity as Chancellor of California Community Colleges; et al.,<br><br>　　　　Plaintiffs - Appellees,<br><br>　v.<br><br>BETSY DEVOS, in her official capacity as the United States Secretary of Education and U.S. DEPARTMENT OF EDUCATION,<br><br>　　　　Defendants - Appellants. | No. 20-16564<br><br>D.C. No. 4:20-cv-03215-YGR<br>U.S. District Court for Northern California, Oakland<br><br>**ORDER** |

The motion filed by the appellants on May 20, 2021 for voluntary dismissal of this appeal is granted. This appeal is dismissed. *See* Fed. R. App. P. 42(b); 9th Cir. R. 27-9.1.

This order shall constitute the mandate.

FOR THE COURT:

MOLLY C. DWYER
CLERK OF COURT

By: Tina S. Price
Deputy Clerk
Ninth Circuit Rule 27-7