ROB BONTA
Attorney General of California
CHERYL FEINER
MICHAEL NEWMAN
Senior Assistant Attorneys General
CHRISTINE CHUANG
Supervising Deputy Attorney General
JULIA HARUMI MASS
LEE I. SHERMAN
SHUBHRA SHIVPURI
JOSHUA SONDHEIMER
JASLEEN K. SINGH (SBN 316596)
Deputy Attorneys General
  300 S. Spring Street
  Los Angeles, CA 90013
  Telephone: (213) 269-6622
  Fax: (213) 897-7605
  E-mail: Jasleen.Singh@doj.ca.gov
*Attorneys for Plaintiffs Eloy Ortiz Oakley and Board of Governors of the California Community Colleges*

(Additional Counsel Listed on Signature Page)

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| **ELOY ORTIZ OAKLEY, in his official capacity as Chancellor of California Community Colleges, et al.,**<br><br>Plaintiffs,<br><br>v.<br><br>**MIGUEL CARDONA, in his official capacity as the United States Secretary of Education; U.S. DEPARTMENT OF EDUCATION,**<br><br>Defendants. | Case No. 20-cv-03215-YGR<br><br>**ORDER OF DISMISSAL WITHOUT PREJUDICE OF FIRST AMENDED COMPLAINT PURSUANT TO STIPULATION**<br><br>Courtroom: 1<br>Judge: Hon. Yvonne Gonzalez Rogers<br>Trial Date: None Set<br>Action Filed: May 11, 2020 |

IT IS HEREBY STIPULATED, by and between the parties that the above-captioned action is dismissed without prejudice, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii). The reasons for this Stipulation are as follows:

1. Plaintiffs Eloy Ortiz Oakley, the Board of Governors of the California Community Colleges, Foothill-De Anza Community College District, Los Angeles Community College District, Los Rios Community College District, State Center Community College District, and San Diego Community College District (Plaintiffs) filed a complaint in this action on May 11, 2020 (ECF No. 1);

2. Plaintiffs' complaint challenged Defendants' imposition of eligibility restrictions on COVID-19 emergency assistance grants for students under the Higher Education Emergency Relief Program (HEERF) enacted under the Coronavirus Aid, Relief and Economic Security (CARES) Act of March 27, 2020;

3. Defendants' eligibility restrictions prohibited institutions of higher education from disbursing HEERF grants to students unless such students were eligible for federal financial aid under title IV of the Higher Education Act of 1965 (Title IV);

4. On May 13, 2020, Plaintiffs filed a motion for a preliminary injunction (ECF No. 16), seeking relief from Defendants' Title IV restrictions;

5. On June 17, 2020, Defendants published an Interim Final Rule (IFR) that incorporated Defendants' Title IV restrictions on student eligibility for HEERF grants and stated that restrictions on the disbursement of "federal financial aid" to certain noncitizens under 8 U.S.C. § 1611 (Section 1611) applied to HEERF grants;

6. On June 17, 2020, this Court issued a preliminary injunction (ECF No. 44) prohibiting Defendants from: (1) imposing or enforcing Title IV and Section 1611 restrictions on disbursement of HEERF grants by California community colleges; (2) requiring that any California community college accept those eligibility restrictions in order to access HEERF funds; and (3) penalizing any California community college, including by withholding, terminating, or taking any action to recover HEERF funds or any other federal funds, for failing to comply with the eligibility restrictions;

|   |   |   |
|---|---|---|
| 1 | 7. | On August 13, 2020, Defendants filed a Notice of Appeal from the preliminary injunction order (ECF No. 50); |
| 3 | 8. | On November 6, 2020, Plaintiffs filed a First Amended Complaint (ECF No. 55), challenging Defendants' IFR as *ultra vires* and as violating separation of powers' principles, the Spending Clause, and the Administrative Procedure Act; |
| 6 | 9. | On May 14, 2021, Defendants published in the Federal Register a Final Rule, 86 Fed. Reg. 26608, in which they rescinded the IFR's Title IV and Section 1611 eligibility restrictions on HEERF grants to students and amended applicable regulations to provide that eligible institutions of higher learning could disburse HEERF grants to any enrolled student; |
| 10 | 10. | On May 20, 2021, Defendants moved to dismiss their appeal in the U.S. Court of Appeals for the Ninth Circuit and that court dismissed the appeal. |

THEREFORE, the PARTIES, through their undersigned attorneys, HEREBY STIPULATE AND AGREE that:

    i. The above-captioned action is dismissed without prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii); and

    ii. All parties will bear their own fees and costs.

| | |
|---|---|
| Dated:  June 10, 2021 | Respectfully submitted, |

ROB BONTA
Attorney General of California
CHERYL FEINER
MICHAEL NEWMAN
Senior Assistant Attorneys General
CHRISTINE CHUANG
Supervising Deputy Attorney General
JULIA HARUMI MASS
LEE I. SHERMAN
SHUBHRA SHIVPURI
JOSHUA SONDHEIMER
Deputy Attorneys General

*/s/ Jasleen K. Singh*
JASLEEN K. SINGH
Deputy Attorney General
*Attorneys for Plaintiffs Eloy Ortiz Oakley and Board of Governors of the California Community Colleges*

*/s/ John Shupe*
JOHN SHUPE
Lynch and Shupe, LLP
316 Mid Valley Center # 180
Carmel, CA 93923-8516
Telephone: (650) 579-5950
Fax: (650) 579-0300
E-mail: jshupe@lynchshupelaw.com
*Attorney for Plaintiff Foothill-De Anza Community College District*

*/s/ Jeffrey M. Prieto*
JEFFREY M. PRIETO
General Counsel
Los Angeles Community College District
770 Wilshire Boulevard
Los Angeles, CA 90017
Telephone: (213) 891-2188
Fax: (213) 891-2138
E-mail: prietojm@laccd.edu
*Attorney for Plaintiff Los Angeles Community College District*

BRIAN M. BOYNTON
Acting Assistant Attorney General
MARCIA BERMAN
Assistant Director, Federal Programs Branch

*/s/ Kathryn L. Wyer*
KATHRYN L. WYER (Utah Bar No. 9846)
M. ANDREW ZEE (California Bar No. 272510)
United States Department of Justice
Civil Division, Federal Programs Branch
1100 L Street, N.W., Room 12014
Washington, DC  20005
Tel: (202) 616-8475
Email: kathryn.wyer@usdoj.gov
*Attorneys for Defendants*

*/s/ Jacob Knapp*
JACOB KNAPP
General Counsel
Los Rios Community College District
1919 Spanos Court
Sacramento, CA 95825
Telephone: (916) 568-3042
E-mail: knappj@losrios.edu
*Attorney for Plaintiff Los Rios Community College District*

*/s/ Matthew T. Besmer*
MATTHEW T. BESMER
General Counsel
State Center Community College District
1171 Fulton Street
Fresno, CA 93721
Telephone: (559) 243-7121
E-mail: matthew.besmer@scccd.edu
*Attorney for Plaintiff State Center Community College District*

*/s/ Ljubisa Kostic*
LJUBISA KOSTIC
Director, Legal Services & EEO
San Diego Community College District
3375 Camino del Rio South, Room 385
San Diego, CA 92108
Telephone: (619) 388-6877
Fax: (619) 388-6898
E-mail: lkostic@sdccd.edu
*Attorney for Plaintiff San Diego Community College District*

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Date: June 15, 2021

YVONNE GONZALEZ ROGERS
UNITED STATES DISTRICT JUDGE